UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1488-JSL (SP) | Date | March 26, 2013 |
|---|---|---|---|
| Title | ENJOLI E. McCLENDON v. MRS. D. K. JOHNSON | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why the *Kelly* Stay Should Not Be Vacated for Failure to File a Status Report

    In the court's December 10, 2012 Order Granting Voluntary Dismissal of Unexhausted Claims, Denying Motion to Dismiss as Moot, and Granting Petitioner's Request for a *Kelly* Stay, petitioner was required to file a status report no later than March 11, 2013. In the status report, petitioner was to address the status of petitioner's state habeas petition(s), including the date on which each petition was filed, the court in which it is pending, the case number, and any recent activity. Petitioner was cautioned that if she fails to act diligently in seeking to exhaust her state court remedies or fails to act within the time frames discussed above, the court may vacate the stay and prohibit petitioner from raising any new claims in this action.

    Over two weeks have passed beyond the deadline of March 11, 2013, and petitioner has failed to file such status report. Nor has petitioner made any other communication with the court. Petitioner is therefore in violation of the court's order. As such, plaintiff is ordered to show cause by **April 16, 2013** as to why the *Kelly* stay should not be vacated and why petitioner should not be prohibited from raising new claims in this action for failure to comply with the court's order to file a status report.