JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ENJOLI E. McCLENDON,                    ) Case No. CV 12-1488-GHK (SP)
                  Petitioner,       )
                           )
          v.                          )                    **JUDGMENT**
                           )
D.K. JOHNSON,                           )
                Respondent.      )
_____ )

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated:   __4/16/15___

                          _____
                          HONORABLE GEORGE H. KING
                          CHIEF UNITED STATES DISTRICT JUDGE